Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Chet A. Glover, Esq.
Nevada Bar No. 10054
chet@lawofficecorena.com
GINA CORENA & ASSOCIATES
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NECTALY CAMPOS, an individual;

    Plaintiff

v.

LOYA INSURANCE COMPANY; DOES I-X, and ROE CORPORATIONS I - X, inclusive,

    Defendant

CASE NO: 2:25-cv-00134-CDS-NJK

**STIPULATION TO DISMISS WITH PREJUDICE**

    IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

| GINA CORENA & ASSOCIATES | SCHNITZER, JOHNSON & WATSON, CHTD. |
|---|---|
| Dated this 17th day of July, 2025. | Dated this 17th day of July, 2025. |
| */s/ Chet A. Glover* | */s/ M. Bradley Johnson* |
| Gina M. Corena, Esq. (#10330) | M. Bradley Johnson, Esq. (#4646) |
| Chet A. Glover, Esq. (#10054) | 8985 S. Eastern Ave., Ste. 200 |
| 300 S. Fourth Street, Suite 1400 | Las Vegas, Nevada 89123 |
| Las Vegas, Nevada 89101 | Attorneys for Defendant |
| Attorneys for Plaintiff | |

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: July 21, 2025

_____
**UNITED STATES DISTRICT JUDGE**